**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Hankin, Irene     JOINT DEBTOR: _____     CASE NO.: 14-36680-LMI
Last Four Digits of SS# 7775     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $_____ for months _____ to _____;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ N/A     TOTAL PAID $ _____
Balance Due    $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Bank         Arrearage on Petition Date $_____
Address: _____         Arrears Payment    $_____/month (Months _____ to _____)
                            Regular Payment    $_____/month (Months _____ to _____)
Account No: 0203080262

2. _____              Arrearage on Petition Date $_____
Address: _____         Arrears Payment    $_____/month (Months _____ to _____)
                            Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

3. _____              Arrearage on Petition Date $_____
Address: _____         Arrears Payment    $_____/month (Months _____ to _____)
                            Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank | $210,000 Home | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
                  Payable   $_____/month (Months____ to ____) Regular Payment $_____
2. _____     Total Due $_____
                  Payable   $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ N/A /month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: _____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____                    Joint Debtor _____
Date: 12/10/2014                     Date: _____

LF-31 (rev. 01/08/10)